

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-14-2002

# Tsymbalenko v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-3564

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Tsymbalenko v. Atty Gen USA" (2002). *2002 Decisions.* Paper 362.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/362

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-3564
_____


YELENA TSYMBALENKO;
ALEKSEY TSYMBALENKO, Petitioners

v.

JOHN ASHCROFT, ATTORNEY GENERAL OF
THE UNITED STATES, Respondent
_____


On Petition for Review of an Order of the
Board of Immigration Appeals
(Board No. A78726981)
_____


Argued: April 26, 2002

Before: BECKER, Chief Judge, SCIRICA and RENDELL
Circuit Judges.

(Filed:  June 14, 2002)

TATIANA S. ARISTOVA, ESQUIRE (ARGUED)
Law Offices of John J. Gallagher
1760 Market St., Suite 1100
Philadelphia, PA 19103

Counsel for Petitioners

ROBERT D. McCALLUM, JR., ESQUIRE
Assistant Attorney General
Civil Division
TERRI J. SCADRON, ESQUIRE
Senior Litigation Counsel
Office of Immigration Litigation
WILLIAM C. MINICK, ESQUIRE (ARGUED)
ETHAN B. KANTER, ESQUIRE
LYLE D. JENTZER, ESQUIRE
United States Department of Justice
Civil Division
Office of Immigration Litigation
1331 Pennsylvania Ave., NW, Suite 700S
Washington, DC 20530

Transcribed by:      Tracey J. Williams, CET

(Proceedings recorded by electronic sound recording;
transcript provided by AAERT-certified transcriber.)


_____


BENCH OPINION
_____

BECKER, Chief Judge.

(The following is the bench opinion of the Court in the above-captioned matter:)

THE HONORABLE JUDGE BECKER: I have conferred with the panel, and the panel, having studied this matter, grants the motion to dismiss the appeal for want of appellate jurisdiction. We are satisfied that the jurisdiction of this Court is squarely controlled by the plain text of Section 1249(a)(b)(5)(C), which provides that an in absentia removal order may be rescinded only upon a motion to reopen; we believe that we are also controlled by Marrero v. INS, 990 Fed.2d 772, Third Circuit, 1993, that a petition for review an in absentia deportation order is not proper where the alien had failed to file a motion to reopen the deportation order. Now, we are aware that one has now been filed, but that fact subsumes what is the animating spirit of both the statute and Marrero case, that the petitioner must exhaust administrative remedies; under these circumstances, petitioner has not exhausted them. And we have no idea what the Board will do: The Board may very well grant the motion to reopen, and this Court has made some remarks on the record that it has no objection if Ms. Aristova communicates to the Board.

We are also satisfied that there would be no difference, given the clear, unequivocal proof of notice required for service, whatever the standard of review. We are, should we reach the merits, concerned about the sloppy manner in which the form was filled out by the Immigration Judge.

At all events, we are satisfied that we lack

jurisdiction and, accordingly, the appeal will be dismissed.

The Clerk will arrange for a transcript of this bench

opinion, which will be a non-precedential opinion.

Judge Scirica, anything to add or do you concur?

THE HONORABLE JUDGE SCIRICA:  I concur.

JUDGE BECKER:  Judge Rendell?

THE HONORABLE JUDGE RENDELL:  Yes, I concur as well.

JUDGE BECKER:  Thank you very much.

(Bench opinion concluded.)

_____

TO THE CLERK:

Please file the foregoing Bench Opinion.

BY THE COURT:


/s/    Edward R. Becker
Chief Judge